## UNITED STATES of America, Plaintiff-Appellee,
### v.
**2,431.4 ACRES OF LAND, MORE OR LESS, Situated IN HANCOCK COUNTY, MISSISSIPPI, and Clay Calhoun, et al., Defendants-Appellants.**

No. 72-3151
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

March 2, 1973.

Rehearing and Rehearing En Banc Denied April 11, 1973.

George E. Morse, Gulfport, Miss., for defendants-appellants.

Robert E. Hauberg, U. S. Atty., Kelly Travis, Asst. U. S. Atty., Jackson, Miss., Edmund B. Clark, Chief, Appellate Section, Land and Natural Resources Division, Dept. of Justice, Washington, D. C., Kent Frizzell, Asst. Atty. Gen., George R. Hyde, Glen R. Goodsell, Attys., Dept. of Justice, Washington, D. C., for plaintiff-appellee.

Before BELL, GODBOLD and INGRAHAM, Circuit Judges.

PER CURIAM:

This is an appeal by landowners from a condemnation proceeding imposing an easement upon 2,064.60 acres of their land and awarding them just compensation in the amount of $264,690. The applicable facts are stated in our

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New

opinion on the prior appeal on this matter. Calhoun v. United States, 5 Cir., 1967, 384 F.2d 180.

We have carefully considered the assignments of error separately and collectively and have concluded that there is no reversible error. We therefore affirm the judgment of the district court.

Affirmed.

## Robert B. YOUNG, Plaintiff-Appellant-Cross Appellee,
### v.
## CLEAR LAKE YACHT BASIN, INC., et al., Defendants-Appellees,
**Utica Mutual Insurance Company et al., Intervenors-Appellees-Cross Appellants.**

No. 72-2967
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

March 7, 1973.

Rehearing Denied April 6, 1973.

Warner F. Brock, Houston, Tex., for appellant.

Jonathan Day, Eugene A. Cook, Houston, Tex., for Utica and others.

James E. Ross, Thomas E. Giles, L. Glen Kratochvil, William E. Hall, Jr., John W. Lee, Houston, Tex., for defendants-appellees.

Before BELL, GODBOLD and INGRAHAM, Circuit Judges.

PER CURIAM:

We affirm on the opinion of the District Court, Young v. Clear Lake Yacht Basin, Inc., 337 F.Supp. 1305 (S.D.Tex. 1972).